694

In the Matter of the Claim of EDNA SKEENS, Appellant, v. L. F. HICKS TRUCKING COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Bergan, P. J., Coon, Gibson, Reynolds and Taylor, JJ., concur.